## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE ROY DOYLE, )<br>)<br>Defendant. ) | No. 4:95CR130-SNL |

### ORDER

Defendant's request for early termination of supervised release is before the court. In the alternative, defendant requests the elimination of certain travel restrictions or transfer of supervision to the Western District of Missouri.

After review of the entire file and consultation with the Probation Office, the Court finds that although defendant's adjustment to supervision has been satisfactory, an early termination should not be granted.

The Probation Office has indicated to the Court that the officers would be willing to assist defendant pursue any verifiable employment opportunities that could require unrestricted travel or relocation out of the district.

**IT IS THEREFORE ORDERED** that defendant's motion for early termination of supervised release is **DENIED.**

**IT IS FURTHER ORDERED** that his request for transfer of supervision to the Western District of Missouri is also **DENIED.**

**IT IS FINALLY ORDERED** that defendant shall pursue verifiable employment

opportunities that could require unrestricted travel or relocation out of the district with the

Probation Officer who has indicated a willingness to work with defendant in this area.

Dated this __23rd__ day of August, 2005.

*[signature: Stephen N. Limbaugh]*

_____
SENIOR UNITED STATES DISTRICT JUDGE